NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA,<br><br>   *Plaintiff,*<br><br> v.<br><br>JOE PARK,<br><br>   *Defendant.* | Civil Action No. 17-12107<br>(JMV) (MF)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

 For the reasons stated in the accompanying Opinion, and for good cause shown,

 **IT IS** on this 9th day of July, 2019,

 **ORDERED** that Plaintiff Malibu Media's motion for default judgment (D.E. 17) is **DENIED without prejudice.**

              _____
               John Michael Vazquez, U.S.D.J.